AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 21, 2024

SEAN F. McAVOY, CLERK

DENNIS SHELDON BREWER,                )
           *Plaintiff*                )
                 v.                   )        Civil Action No.   2:24-CV-00149-MKD
                                      )
                                      )
WILLIAM BURNS, ET AL.                 )
           *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   DISMISSED WITH PREJUDICE.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Mary K. Dimke _____

Date:  May 21, 2024 _____

                              *CLERK OF COURT*

                              SEAN F. McAVOY _____

                              s/ Sara Gore _____
                                       *(By) Deputy Clerk*
                              Sara Gore _____